■ ROBERT L. JAEGLY, JR., Appellant, v ROBERT DENNY, Defendant, and WILLIAM DENNY, Respondent. [737 NYS2d 886] —Appeal from an order of the County Court of Albany County (Rosen, J.), entered October 6, 2000, which affirmed a judgment of the City Court of the City of Albany in favor of plaintiff.

We affirm for the reasons stated in the decision of County Court. Defendant William Denny's request for the imposition of sanctions is denied.

Peters, J.P., Spain, Mugglin, Rose and Lahtinen, JJ., concur. Ordered that the order is affirmed, without costs.